Hasana Carlos, Respondent,
against
Belinda Primus, Appellant.




Belinda Primus, appellant pro se.
Hasana Carlos, respondent pro se.

Appeal from a final judgment of the City Court of Peekskill, Westchester County (Reginald J. Johnson, J.), entered January 6, 2016. The final judgment, entered upon tenant's failure to make a court-ordered deposit of rent, awarded landlord possession and the sum of $20,350 in a nonpayment summary proceeding.




ORDERED that the final judgment is reversed, without costs, and the matter is remitted to the City Court for all further proceedings.
In this nonpayment proceeding, the City Court, without holding a trial, entered a final judgment awarding landlord possession and the sum of $20,350 after tenant stated that she would be unable to make a court-ordered deposit of half of the alleged arrears. Since, outside the City of New York, there is no authority for the court, in an RPAPL article 7 summary proceeding in which triable issues of fact have been raised, to enter a final judgment in favor of a landlord based on a tenant's failure to make a court-ordered deposit of rent (see Merenda v Fried, 42 Misc 3d 136[A], 2014 NY Slip Op 50117[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2014]; Rizzuto v Novack, 2002 NY Slip Op 50701[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2002]; Stepping Stones Assoc. v Seymour, 184 Misc 2d 990 [App Term, 2d Dept, 9th & 10th Jud Dists 2000]; cf. RPAPL 745 [2]), the final judgment is reversed and the matter is remitted to the City Court for all further proceedings.
GARGUILO, J.P., and RUDERMAN, J., concur.
TOLBERT, J., taking no part.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 15, 2018